EXHIBIT A

--

)DUBLIN

Grandma Phyllis,
Something strange is going on here. We did not get any lunch today until after 2pm we got frozen box lunches. Now F unit is the Covid quarantine unit, and ALL of F unit was moved to A, B, and C. No one is telling us what is going on. This is really strange. I feel bad because people are walking around wide eyed and scared. I am too.
Thank you for your help
-----Hardy, Phyllis on 1/21/2022 10:06 AM wrote:

on 1/21/2022 12:05:54 PM wrote

  ok as of right now i have to move to another unit and we are going on a mass lockdown the only way to reach me is via USPS mail at                              no idea what unit i will be on or for how long. but i miss you all and so far i feel fine. so who knows but its a dumb plan they are moving us to an infected unit with sick people...im not happy about it.

PS if we had a visit set...it will be cancled and im sorry i wont be able to call either and if i can it will only be 5min calls

## Catherine Sevcenko

# PRISONS
1 message

**Phyllis Hardy**                                    Tue, Jan 25, 2022 at 8:50 PM

DUBLIN

Grandma,
I also kept rappers of food we got on Friday and today. Best by date: 1/31/21!!!
Bologna, cheese, bread etc. I am having people sign it and date it.
-----Hardy, Phyllis on 1/23/2022 6:21 PM wrote: