# EXHIBIT D



# Individualized Needs Plan - Program Review   (Inmate Copy)

SEQUENCE: 01224714
Team Date: 08-05-2021

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TYLER, PAMELA RENEA   10922-031

| | | | |
|---|---|---|---|
| Facility: | DUB DUBLIN FCI | Proj. Rel. Date: | 07-06-2055 |
| Name: | TYLER, PAMELA RENEA | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 10922-031 | DNA Status: | |
| Age: | 56 | | |
| Date of Birth: | | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DUB | COMMISSARY | COMMISSARY CLERK | 09-21-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DUB | ESL HAS | ENGLISH PROFICIENT | 08-10-2006 |
| DUB | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-24-2006 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DUB | | COLLEGE CERT. CUSTOMER SERVICE | 02-08-2020 | CURRENT |
| DUB | | COLLEGE CERT. SM. BUS. MGMT. | 02-08-2020 | CURRENT |
| DUB F | C | ACE THINK & BE HEALTHY SELFSTY | 02-02-2021 | 02-03-2021 |
| DUB F | C | ACE PATH 2 MENTAL WELL SELFSTY | 02-01-2021 | 02-02-2021 |
| DUB F | C | ACE CHANNELING STRESS 2 SELFST | 11-10-2020 | 11-10-2020 |
| DUB F | C | ACE CHANNELING STRESS 1 SELFST | 11-09-2020 | 11-09-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 2 SLFST | 11-12-2020 | 11-13-2020 |
| DUB F | C | ACE CONFLIC RESOLUTION 1 SLFST | 11-05-2020 | 11-06-2020 |
| DUB F | C | EXPLORING THE EARTH | 10-09-2019 | 10-09-2019 |
| DUB F | C | RPP6/HOUSE OF HEALING | 07-02-2019 | 09-24-2019 |
| DUB F | C | UNDERSTANDING HUMAN BEHAVIOR | 06-11-2019 | 07-16-2019 |
| DUB F | C | JOB HUNTING COURSE | 05-31-2019 | 07-16-2019 |
| DUB F | C | UNDERSTANDING HUMAN BEHAVIOR | 05-15-2019 | 06-04-2019 |
| DUB F | C | FEM OFF: SQUARE 1 | 03-09-2017 | 03-30-2017 |
| DUB F | C | FEM OFF: ASSERT YOURSELF | 01-04-2018 | 01-04-2018 |
| DUB F | C | FORKLIFT & PALLETJACK TRAINING | 08-15-2017 | 08-18-2017 |
| DUB F | C | POWER POINT MTWTF 0930-1100 | 01-30-2017 | 05-05-2017 |
| DUB F | C | OSHA CERTIFICATION CLASS | 08-29-2016 | 09-02-2016 |
| DUB F | C | RPP6/TOASTMASTERS SPEECH GRP | 01-14-2015 | 03-25-2015 |
| DUB F | C | WORD MTWTF 0730-0930 | 04-14-2014 | 07-09-2014 |
| DUB F | C | SOCIOLOGY BASIC NEEDS | 12-05-2013 | 12-17-2013 |
| DUB F | C | EXCEL MTW 1800-2030 | 02-11-2013 | 06-20-2013 |
| DUB F | C | YOGA MONDAY 10:00-11:30 AM | 12-06-2011 | 01-17-2012 |
| DUB F | C | 630-730AM M-F TYPING EDUC | 07-19-2010 | 09-03-2010 |
| DUB F | C | OFFICE M-W530-730 F730-1130 | 07-17-2009 | 09-30-2009 |
| DUB F | C | BASIC COMPUTERS T&TH 530-730PM | 06-26-2009 | 07-24-2009 |
| DUB F | C | RPP6/TRAUMA & RECOVERY | 11-07-2007 | 11-14-2007 |
| DUB F | C | 630-730AM M-F TYPING EDUC | 06-02-2008 | 09-11-2008 |
| DUB F | C | AEROBICS | 08-06-2007 | 08-27-2007 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-16-2010 |

Sentry Data as of 08-01-2021      Individualized Needs Plan - Program Review   (Inmate Copy)      Page 1 of 3



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01224714
Team Date: 08-05-2021

Plan is for inmate: TYLER, PAMELA RENEA   10922-031

| Assignment | Description | Start |
|---|---|---|
| CARE2 | STABLE, CHRONIC CARE | 02-21-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 11-14-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-21-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-21-2012 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 02-24-2015 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** COMPLT   FINANC RESP-COMPLETED   **Start:** 04-23-2013

**Inmate Decision:** AGREED   $75.00   **Frequency:** MONTHLY

**Payments past 6 months:** $0.00   **Obligation Balance:** $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | REST CV | $13,379.74 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $5,780.27   Payments commensurate?   Y

New Payment Plan:   ** No data **

### Progress since last review

Inmate Tyler has a need identified in the follow First Step Act categories; Antisocial Peers, Rec/Leisure/Fitness, Medical and Trauma. Tyler has completed the following programs, Health Aging Body, Managing your Diabetes, Health and Wellness Lifespan, Healthier Me and Talking with your Doctor. She is currently on the waiting list for the Criminal Thinking course. Tyler has declined the Resolve Workshop.

### Next Program Review Goals

Complete the Seeking Safety course by 02/2022.

### Long Term Goals

Complete the Understanding Your Feelings: Shame and Low Self Esteem Course by 02/2022.

### RRC/HC Placement

No.
Management decision - Inmate will be reviewed for Residential Reentry Center Placement/Home Detention under the Second Chance Act using the Five Factor Criteria under 18 U.S.C. § 3621(b) 17-19 months prior to release. .

### Comments

RRC placement consideration in accordance with the 2nd Chance Act of 2007 and the 5-Factor Criteria in 18 USC 3621(b) will be conducted 17-19 months prior to your release.

Your re-entry back to society as a productive citizen should be your #1 goal. This process is highly dependent on your proactivity. Please attempt to complete your reentry recommendations, as they are essential in aiding your reentry process.
*Advise your Unit Team of any changes to your release address or emergency contact.
*It is recommended that you keep a weekly log book of steps you have taken to prepare yourself for release.
*Turn in a resume to your Case Manager.
*Submit a written statement regarding your needs when you are released from prison. It should include a release address, the type of work you will be doing and type of classes you have taken to help you meet your re-entry needs.
*Have an ID, Birth Certificate or Social Security card mailed to your Unit Team for use upon your release.
FCI Dublin
ATTN: E-Unit Case Manager Shirley
5701 8th ST   Camp Parks
Dublin, CA 94568

Sentry Data as of 08-01-2021   Individualized Needs Plan - Program Review   (Inmate Copy)   Page 2 of 3

| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review   (Inmate Copy)** | | SEQUENCE: 01224714 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 08-05-2021 |
| Plan is for inmate: TYLER, PAMELA RENEA   10922-031 | | |

Name: TYLER, PAMELA RENEA        DNA Status:
Register No.: **10922-031**
Age: 56
Date of Birth:

_____
Inmate   (TYLER, PAMELA RENEA. Register No.: 10922-031)

_____
Date

_____   _____
Unit Manager / Chairperson           Case Manager

_____   _____
Date                                 Date

Individualized Needs Plan - Program Review   (Inmate Copy)        Page 3 of 3

```
 DUBCZ  606.00  *      FEMALE CUSTODY CLASSIFICATION FORM      *      10-10-2021
 PAGE 001 OF 001                                                       07:16:40
                             (A) IDENTIFYING DATA
 REG NO..: 10922-031              FORM DATE: 06-23-2021              ORG: DSC
 NAME....: TYLER, PAMELA RENEA
                                  MGTV: GRTR SECU
 PUB SFTY: NONE                   MVED: 06-23-2022
                             (B) BASE SCORING
 DETAINER: (0) NONE                SEVERITY.......: (7) GREATEST
 MOS REL.: 408                     CRIM HIST SCORE: (00) 1 POINT
 ESCAPES.: (1) > 10 YRS MINOR      VIOLENCE.......: (0) NONE
 VOL SURR: (0) N/A                 AGE CATEGORY...: (0) 55 AND OVER
 EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                             (C) CUSTODY SCORING
 TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
 LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
 FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---
 BASE  CUST VARIANCE   SEC TOTAL    SCORED LEV  MGMT SEC LEVEL   CUSTODY  CONSIDER
  +8    +20    -8         0         MINIMUM       LOW              IN     DECREASE



 G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
DUBBG           *        INMATE EDUCATION DATA       *    03-31-2022
PAGE 001 OF 001 *            TRANSCRIPT              *    09:34:51

REGISTER NO: 10922-031    NAME..: TYLER              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DUB-DUBLIN FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
DUB  ESL HAS    ENGLISH PROFICIENT       08-10-2006 1030  CURRENT
DUB  GED HAS    COMPLETED GED OR HS DIPLOMA  08-24-2006 1459  CURRENT

-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION              START DATE  STOP DATE  EVNT AC LV  HRS
DUB  F    PARENTING ENCOURAGE EDUC INSID 02-14-2022 02-15-2022  P  C  P    6
DUB  F    COLLEGE CERT. CUSTOMER SERVICE 02-08-2020 01-22-2021  P  C  P   45
DUB  F    COLLEGE CERT. SM. BUS. MGMT.   02-08-2020 04-12-2021  P  C  P   18
DUB  F    ACE THINK & BE HEALTHY SELFSTY 02-02-2021 02-03-2021  P  C  P    6
DUB  F    ACE PATH 2 MENTAL WELL SELFSTY 02-01-2021 02-02-2021  P  C  P    6
DUB  F    ACE CHANNELING STRESS 2 SELFST 11-10-2020 11-10-2020  P  C  P    3
DUB  F    ACE CHANNELING STRESS 1 SELFST 11-09-2020 11-09-2020  P  C  P    3
DUB  F    ACE CONFLIC RESOLUTION 2 SLFST 11-12-2020 11-13-2020  P  C  P    6
DUB  F    ACE CONFLIC RESOLUTION 1 SLFST 11-05-2020 11-06-2020  P  C  P    6
DUB  F    EXPLORING THE EARTH            10-09-2019 10-09-2019  P  C  P    2
DUB  F    RPP6/HOUSE OF HEALING          07-02-2019 09-24-2019  P  C  P   26
DUB  F    UNDERSTANDING HUMAN BEHAVIOR   06-11-2019 07-16-2019  P  C  P    8
DUB  F    JOB HUNTING COURSE             05-31-2019 07-16-2019  P  C  P    4
DUB  F    UNDERSTANDING HUMAN BEHAVIOR   05-15-2019 06-04-2019  P  C  P    8
DUB  F    FEM OFF: SQUARE 1              03-09-2017 03-30-2017  P  C  P   12
DUB  F    FEM OFF: ASSERT YOURSELF       01-04-2018 01-04-2018  P  C  P    8
DUB  F    FORKLIFT & PALLETJACK TRAINING 08-15-2017 08-18-2017  P  C  P    4
DUB  F    POWER POINT MTWTF 0930-1100    01-30-2017 05-05-2017  P  C  M  100
DUB  F    OSHA CERTIFICATION CLASS       08-29-2016 09-02-2016  P  C  P   10
DUB  F    RPP6/TOASTMASTERS SPEECH GRP   01-14-2015 03-25-2015  P  C  P   16
DUB  F    WORD MTWTF 0730-0930           04-14-2014 07-09-2014  P  C  M  100
DUB  F    SOCIOLOGY BASIC NEEDS          12-05-2013 12-17-2013  P  C  P    6
DUB  F    EXCEL MTW 1800-2030            02-11-2013 06-20-2013  P  C  M  100
DUB  F    YOGA MONDAY 10:00-11:30 AM     12-06-2011 01-17-2012  P  C  P    6
DUB  F    630-730AM M-F TYPING EDUC      07-19-2010 09-03-2010  P  C  P   30
DUB  F    OFFICE M-W530-730 F730-1130    07-17-2009 09-30-2009  P  C  M  266
DUB  F    BASIC COMPUTERS T&TH 530-730PM 06-26-2009 07-24-2009  P  C  P   12
DUB  F    RPP6/TRAUMA & RECOVERY         11-07-2007 11-14-2007  P  C  P    0
DUB  F    630-730AM M-F TYPING EDUC      06-02-2008 09-11-2008  P  C  P   60
DUB  F    AEROBICS                       08-06-2007 08-27-2007  P  C  P    3




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```


```
DUBCZ              *         INMATE DISCIPLINE DATA         *    03-31-2022
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD     *    07:09:37

REGISTER NO: 10922-031 NAME..: TYLER, PAMELA RENEA
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-31-2022
```

```
G5401       DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```