# EXHIBIT E



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution
Dublin, California

FROM: Margaret Ashforth, Supervisory Chaplain

TO: Central File

SUBJECT: Religious Services Program Participation Summary for Inmate Pamela Tyler #10922-031

Inmate Pamela Tyler has been an active participant in the Religious Services Department during her incarceration at FCI Dublin for over fifteen years. For one year, Ms. Tyler was an excellent chapel clerk who assisted with administrative tasks, set up for worship services, ministered to those in need and provided leadership to the chapel orderlies. She attends the Protestant Christian services regularly and has assisted in coordinating Christian celebrations, prayer groups and classes in the chapel. Ms. Tyler has offered support and wisdom to young women who have struggled with being in prison and away from their children. She completed the Houses of Healing course and the Prison Fellowship Academy program. Through all of these activities, Ms. Tyler has displayed a sincere desire for spiritual growth, a commitment to personal transformation, and a dedication to serving others.