# EXHIBIT F

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr. Shirley, Case Manager | DATE: 01-20-21 |
| FROM: Pamela, Tyler | REGISTER NO.: 10922031 |
| WORK ASSIGNMENT: TRU | Inc | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm requesting for Compassionate release under the Cares Act. I have high risk Covid factors due to my medical conditions. I have uncontrolla[ble] high blood pressure that has now affected both of my kidneys. On Dec. 7, 202[0] had a virtual appointment with a kidney specialist who then informed me that have kidney disease. I have family support. I have more than one option to where I ould reside. My son Eshawn Tyler _ _ _ Lenexa Ks. 66214. My mother anilla Beasley, _ _ Wichita Ks 67220. I have 4 sons and 2 daughters hat are financially stable and my mom. They would provide and support ne financially and will the medical conditions that I am now facing.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

SECTION 6

## COMPASSIONATE RELEASE/REDUCTION IN SENTENCE RESPONSE

Tyler, Pamela Renea
Reg. No. 10922-031

You requested a Compassionate Release/Reduction in Sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your Compassionate Release/Reduction in Sentence request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the Administrative Remedy process by submitting your concerns on the Request for Administrative Remedy form (BP-9) within 20 days of the receipt of this response.

_R.J. Garcia_ (signature)
R.J. Garcia, Warden

2/22/21
Date

*Provided to inmate on 2-22-21*