# EXHIBIT H

Delilah Williams
#92314-022
FCI Dublin


October 11, 2021


To whom this may concern,

I initially came to FCI Dublin in 2014. I became close to Ms. Pamela Tyler through a friend that has since gone home. I have grown to love Ms. Pam just as if she were my mom. Ms. Pam, Mom, Aunty Pam, Mama Pam... those are the names other than Pam that many people choose to call her. Whether she likes it or not, Ms. Pam has become a matronly figure not only for our unit but the entire compound. It's amazing, because Ms. Pam doesn't go out just introducing herself to anyone but through word of mouth people feel as if they know her and greet her. I have observed people seeking her out to vent to, for prayer, or for advice. Whatever the case may be, she stops what she's doing to give a listening ear.

As for myself, I go to Ms. Pam on a daily basis numerous times throughout the day oftentimes intruding on her Bible study time. However, with her self-sacrificing love only a mother would give, she listens to me. She listens when I need someone to just hear me out, and she offers advice when I need it. Most importantly Ms. Pam reminds me of God. It is because of Ms. Pam

that my faith has been strengthened. Through her I have learned that if I just sit still instead of trying to have everything in my control, God will answer my prayers and sometimes in the most unexpected of ways.

In 2017, when I left to go to FMC Carswell for a faith based program, Ms. Pam saw me off. When I returned to FCI Dublin in the beginning of 2019, Ms. Pam was here to welcome me with open arms. Our relationship picked up from where we left off like I never left.

In January 2020, my mother was hospitalized. I was so emotionally distraught to the point I was pretty much unconsolable. Yet here came Ms. Pam at just the right moment to console me and prayed. She reminded me that my mother is in God's care. Afterwards, the officer allowed me to go to Ms. Pam's room for more consoling. I will forever be grateful for the loving comfort she gave me. Only Ms. Pam was able to do that.

Other than those instances, I go to Ms. Pam for everything. It can be issues I'm having with my daughter or family, issues I'm having at work, issues I'm having with friendships/relationships, or to just have a general conversation. It doesn't matter what I'm talking about, Ms. Pam is there to listen.

If I could keep Ms. Pam to myself, I would. However, Ms. Pam's compassion and self-sacrificing love has no bounds. As her roommate, I have observed her giving necessities to those in need or to the new arrivals. She expects nothing in return nor does she tell anyone what she has done. For the past 2-3 years, she has

selected 3 women that were in need and put baskets together for Christmas. She let the women know that Jesus loves them. Again, she does this without letting others know her plans or expecting anything in return. I only knew about this, because I was her roommate. I just recently found out how she helped out a coworker of mine who lives in another unit. (I was her roommate at the time, and I was totally oblivious to it. Because of Ms. Pam's self-sacrificing love, she takes no credit for her actions but gives all credit to God for not only allowing her to provide for others but for using her to show His love.

It will be such a blessing for Ms. Pam to be released to those everywhere. Ms. Pam's self-sacrificing love and compassion truly has no bounds.

Sincerely,
William
Delilah Williams



**Catherine Sevcenko**

**Tony Union I'm Pamela oldest son and it will mean so much to have her get out because she is love by so many outside of just us her children my mom have been the foundation of our family she taught me so much and she a big reason to why i'm the man I am today not having her around definitely been tough because so much have happened from us having children and to the family members we loss. Not been able to have my mother here to be a part of my children life so they can know her and be in there life I'm glad that she been able to see them on CorrLinks but it nothing like being able to physically hug them and care for her grandchildren I have 5 kids and just had the 5th one which is my first daughter it would mean so much to me to have my mom here to watch them grow up and for her to see the accomplishments I have done and to watch me still grow and do more good things. Word at time can't truly express the feelings you have inside but it would be the greatest thing to have ou**

1 message

---

**Tony Union**                                           Wed, Oct 27, 2021 at 10:07 PM
To:                                                              >

Tony Union

I'm Pamela oldest son and it will mean so much to have her get out because she is love by so many outside of just us her children my mom have been the foundation of our family she taught me so much and she a big reason to why i'm the man I am today not having her around definitely been tough because so much have happened from us having children and to the family members we loss. Not been able to have my mother here to be a part of my children life so they can know her and be in there life I'm glad that she been able to see them on

CorrLinks but it nothing like being able to physically hug them and care for her grandchildren I have 5 kids and just had the 5th one which is my first daughter it would mean so much to me to have my mom here to watch them grow up and for her to see the accomplishments I have done and to watch me still grow and do more good things. Word at time can't truly express the feelings you have inside but it would be the greatest thing to have our mother home to be with her family and friends. I love and miss my mother so much to have her home would be the greatest blessing.

Sent from Yahoo Mail for iPhone



**Catherine Sevcenko**

# Pamela Tyler

1 message

---

**Taquay Tate**

To:

Wed, Oct 27, 2021 at 7:40 PM

---

"She is clothed with strength and dignity, and she laughs without fear of the future"

## Proverbs 31:25

That's the scripture that comes in mind when I speak of my Mother in love Pamela Tyler. I've been in her family for 15 long years now and sadly I haven't physically touched her, but spiritually She has always been the person who inspired me the most. Any time I needed advice about anything she wouldn't hesitate to be an listening ear. No matter how she's feeling mentally she doesn't mind uplifting. Phone calls and video visits with her are so motivating  because no matter what she's always making sure as a family we remain together. Meanwhile I know she's probably crying on the inside. Only a strong courageous women can instill values while facing so much adversity. Having mama pam in my life has truly been a blessing for me,although I have a strong bond with my biological mother I know God placed me with my husband because he knew that I need the nurturing of his wonderful mother Pamela Tyler. In my eyes Mama Pam is the closet person to perfection. I know in the eyes of society she has done wrong, but I believe my mother in law has paid her debt to society she has been punished long enough for the wrong she has done. It's time this lovely soul is brought home to enjoy the rest of her life with her family, And fulfill the duties God has for her. She's a lovely mother, grandmother, aunt, and daughter who made a mistake and is worthy of a second chance. We love and miss her dearly.

To Whom It May Concern,

I met Pamela Tyler (Ms. Pam) when I was 16 years old, and I started dating her son, Eric. At the time, I was doing very well in school, but I was going through a rebellious stage. Even though I did well academically, I had started skipping school, and I was not getting along well with my mother. I loved visiting Ms. Pam's house. She had six children, and they were all teenagers. All her children's friends were welcome in her house, so the atmosphere was always warm, playful and exciting. However, Ms. Pam always sat quietly by herself. I could see that she was not happy. Pam's husband, Mr. Tyler, seemed to work a lot, so I did not see him often. When Mr. Tyler did come home, they seemed to argue a lot. I remember one day when I came to Ms. Pam's house to see Eric, Mr. Tyler was angry with Eric for not following directions, and he began shoving Eric into the walls throughout the house. Ms. Pam had just come home from the hospital the day before, and she was still recovering from her surgery. When she heard all the yelling she came out of her room and jumped in front of Eric, begging Mr. Tyler to stop. He did stop attacking Eric, and started attacking Ms. Pam. He threw her on the ground and hit her repeatedly, not caring that she had fresh stitches across her abdomen. It was at that moment that I understood the unhappiness that constantly rested on Ms. Pam's face. One day, she pulled me to the side and told me to make sure I don't make the same mistakes she made. She told me she was about my age, 17, when she had her first child. She encouraged me to stay focused on school and not to allow my feelings of teenage love to prevent me from achieving my educational and life goals. I could talk to Ms. Pam about *anything*, and she would always give me an honest and loving answer. I greatly appreciated this connection, because I did not have this type of candidness with my mother.

I remember when she met Andre. I didn't see Andre in person, but he sent her many letters. Whatever Andre was writing in those letters gave Ms. Pam a whole new attitude. She seemed so happy. Eventually, Andre and Ms. Pam moved into an apartment together, and that's when everything changed for the worse. That's how she ended up in prison. Andre's "love" for her turned into control. That control led to her doing and saying things that were totally outside of her loving character.

Losing Ms. Pam has been a harsh reality for her family. After many, many, years of her being away we have had to cope with death, serious illnesses, and a few tragedies. Even incarcerated, Ms. Pam has still been the rock in the family. She has come forth as a great example of someone who admits to making wrong choices, succumbing to bad influences, and accepting the consequences of their actions. She has learned a hard lesson, and now she is determined to make sure her children and grandchildren do not follow the same path. She encourages us to have self-love, to seek professional counseling, and to surround ourselves with positive influences. Since she has been in prison, she has completely transformed in to a stronger, wiser and God-fearing woman. She continues to speak to young women in prison about her past and encourages them to make better choices in their lives. She is also a fantastic grandmother. She frequently writes letters back and forth to my 11 year old daughter, she asks my son to show her all of his new karate moves, and she sings nursery rhymes with my son each time we are able to have a video call with her. However, these calls are only 25 minutes, and my children are often sad when the video suddenly ends, and they don't know the next time they will be able to see her again.

If released, Ms. Pam would be returning home to a completely different environment from when she left for prison. All of her children are living positive and successful lives. They no longer affiliate with the negative people and influences from their past. They are now leaders in their communities, public speakers, football coaches, business owners and overall great parents to their children. Ms. Pam will

have several options of where she would like to begin rebuilding her life – Kansas, Missouri or Georgia. Either place she chooses, she will have a positive and strong family foundation to begin building on.

I plead with you to consider the person Ms. Pam is now. She made a great mistake many, many, years ago, but she is in need only one chance to be free and have the opportunity to have a positive impact on her community and live a healthy and happy life with her family. We have been praying for this opportunity for many years, and we know that her freedom will come soon.

Sincerely,
Natasha Union



## Catherine Sevcenko

**My first memory of Pamela Tyler was in 2001. I was 18 years old fresh out of the system. I fell asleep on her couch. And I remember it being cold and she put a blanket over me. From that day on she took me in off the streets. And treated me as one of her on. And she had 6 kids already before she adopted me! Long story short me and my mother wasn't getting alone. My mom remarried and her husband didn't want us around. So he made it hard for us. Pamela Tyler became my mother figure. And years later the same for my brother….. To be honest Pamela Tyler has had a strong impact on my life! Even while incarcerated she continues to motivate me to be a successful man!! Now the two kids she took off the streets are successful business men. Me and my brother run a lawn care service!! Thank you Pamela Tyler for believing in me and brother!! To: Pamela Tyler lawyer**

1 message

| | |
|---|---|
| **Mark Phillips** | Thu, Oct 28, 2021 at 2:32 PM |
| To: | |

Sent from my iPhone



**Catherine Sevcenko**

# Letter for Pamela Tyler
1 message

**Koweta Union**                                    Fri, Oct 29, 2021 at 1:11 PM
To:

My name is Koweta Union. I am the second oldest child of Pamela Tyler. I also go by Koko a nickname that was given to me by my mom since birth. Where do I start with being that it's been 17 years since I've last physically touched or seen my mother in physical person. We do emails... we do video visits but that's just not enough when it comes to the needs of your mother. I was a young adult when that situation with my mother happened. I was back at home... we were all at home as a matter of fact. Granted we still had our father here at the time but it was something different about our mother being taken away from us that hit different. To me I felt like I was forced into adulthood a lot sooner than what I expected because in my mind I would always have our parents to fall back on. And that was the case any time we were in a situation we always had home to go to but that day May of 2004 change all of our lives. The impact of having my mother being taken away from me at such a fragile state of my growth was detrimental to me because I was really lost out here with no guidance. There was guidance that my dad couldn't give to me as a father like a mother could. It took a long time for me to accept that she was even in the situation that she was in because of the hurt that I felt of not having her. But God's unchanging hand I was able to seek peace and begin to heal with communication from her. It was hard trying to help me grow up through the phone. I have went through some trying relationships that I would have never thought that I would go through had I had the proper guidance and knowledge. My mother always taught me to keep God first never doubt what he can do never doubt his word and always trust in him. And me living solely off that I've conquered a lot in my adult life. I went on to have my first daughter at 25 and through that process I was scared but at the same time ready. All I can think about is how my mother raised us and how she was with her kids. We were her everything. I just took what I watched growing up and how she put her kids first and made sure her household was stable for her kids and I ran with it to raise my daughter the best way I could. With my mom even if there was a struggle she never allowed her kids to see the struggle. We will never know of hard days because she didn't allow us to know have any hard days. It was six of us and a lot people but never know that because we were all treated as if it was just one. We were all taken care of equally one didn't get more than the other and we all had the best of everything. And not just us my

mother opened our doors to anybody who needed somewhere to stay... something to eat... somebody to talk to... just about anything you can come to our house hold and get it. So many of our friends have grown to love her as their mother also and still to this day continue to ask about her well-being and how's things going with her and it just amazes me that people still remember what she's done for them because that's just who she was she was not selfish as a person. My first born was born on my mother's birthday in 2008. Her first granddaughter who is now 13 and has never physically seen her grandmother in person to touch her to hug her or spend time with. It was hard to first let her know where her grandma was. I didn't know how to tell her her grandma was in prison. As she got older she started to kind of pickup on her own the situation at hand. They have a good relationship through video visits but it could be so so much better if she was here for her grandkids. We lost our dad in 2010. That hit us all very hard because now we had no one to turn to. We were all adults at the time and some of us had kids. Now our kids have neither grandparent. This hurt so much on the inside because we know how important grandparents are in grandchildren's lives. We had ours growing up and they are and still are vital to us. The impact of not having my mother here has been detrimental on all of our lives including our children's lives. Finding out that my mother has an illness that they're saying that there is nothing else that they can do about it has hit a place in my heart that is unexplainable. Me working in the medical field I have watched so many people pass away alone. I have watched some have family members at disagreements at the time of their passing to where they can't pass in peace. And I have had to be that family member to some that didn't have family members to be there during their passing. My mother doesn't deserve to live the rest of her days in prison. 17 years to a woman to has never had a criminal background nor a violent background is time well served. Not only has she transformed her life in walking by faith and not by sight but she has also dressed warm Our Lives to be better and everything that we do out here. To have her home will be more than a blessing. It will mean so much not just to us but to her grandkids to finally be able to spend real time with their Grandma Pam.

**From:**
**Subject:** Fwd: United States Vs. Pamela Tyler
**Date:** March 8, 2022 at 1:00 PM



Forwarded using cloudHQ's free email forwarding tool: [Multi Email Forward For Gmail](#)
You might be also interested to try cloudHQ's [Auto BCC for Gmail](#): *Setup automatic blind copies of specific emails that you send*

---------- Forwarded message ---------
From: priscilla finau
Date: Mon, 7 Mar 2022 20:22:19 -0800
Subject: United States Vs. Pamela Tyler
To:
Date Sent: Mon, 7 Mar 2022 20:22:19 -0800
Date Received: Mon, 7 Mar 2022 20:22:31 -0800 (PST)

Hi,

My name is Priscilla M. Finau. I am sending this email on behalf of my dear friend, Ms. Pamela Tyler.

I have been home for almost nine years. I am a full time employee with a Catholic organization doing administrative work and have been employed by this organization for five years now. I am also the owner of T & P Import & Export, where we ship goods overseas.

I have had the honor of doing my time with Ms. Tyler at Dublin FCI between 2010-2013. She had a hand in being one of my prison spiritual mentors during my time down. She dedicated herself to helping women like myself, find a positive and spiritual outlet while serving our time. This is something that helped tremendously as I had experienced a tough time with not only leaving behind three young children, but one who was less than four months old. Both their father and I were codefendants and were both serving a few years.

It has been almost nine years since I have been released from Dublin, and I have no doubt in my mind that Ms. Tyler had continued her journey of spiritual work.

I am confident that Ms. Tyler will be a productive citizen if she were granted an earlier release date and will continue her work of a positive and spiritual leader. She is an inspiration to many of us as she has gracefully serves her time with patience, perseverance, understanding and unconditional faith.

So many women had gone to Dublin, served time and had left. However, when we leave, there are good people we leave behind and never forget, keeping them in our thoughts and prayers no matter how much time has passed. Ms. Pamela Tyler is one of them and deserves a second chance.

Thank you in advance for taking the time to read my letter. I hope this helps to give some insight of Ms. Tyler's character and her positive contribution to the women who has spent time with her in the system and now leading positive lives in the free world.

Sincerely,
Priscilla M. Finau
--
Priscilla M. Finau

**From:**
**Subject:** Fwd: Pamela Tyler
**Date:** March 8, 2022 at 1:00 PM
**To:** j

Forwarded using cloudHQ's free email forwarding tool: Multi Email Forward For Gmail
You might be also interested to try cloudHQ's Save Emails to Dropbox: *Save emails to Dropbox with one click*

---------- Forwarded message ---------
From: renee williamson
Date: Fri, 4 Mar 2022 16:59:29 -0800
Subject: Pamela Tyler
To: r
Date Sent: Fri, 4 Mar 2022 16:59:29 -0800
Date Received: Fri, 4 Mar 2022 17:11:03 -0800 (PST)

To whom it may concern,
I am writing in regards to Pamela Tyler. While I was in prison I had the privilege of getting to know Ms. Tyler. There are all types of people one encounters in a place like that. There are those with just a short sentence who act out and disrespect the rules making the situation tougher on others around them. Others treat it like it's no more than a slumber party. Then there are some like Ms. Tyler who holds themselves up to a higher standard, always displaying the utmost respect. It would be easy after getting the lengthy sentence that Ms. Tyler got to give up and go the other direction, because, what has she got to lose? Ms. Tyler is a true woman of God. I know a lot of people go to prison and "find Jesus", but Ms. Tyler is the real deal. I was with her for over 8 years and never once did I witness her slip out of character. She was always willing to minister to anyone in need and she has that calm, peacefulness about her that attracts people to her. She is a positive force in a negative place.  I literally cannot say enough about the character of Ms. Pamela Tyler. She is a role model and is looked up to by so many ladies.
Please, consider giving her a sentence reduction. I am 100% confident that you will not regret making that decision. We need more people like Ms. Tyler out in the world, free to spread their joy and love around.
Thank you,
Renee Williamson


Sent from Mail for Windows

**From:** c
**Subject:** Fwd: PAMELA TYLER
**Date:** March 8, 2022 at 1:00 PM
**To:**

Forwarded using cloudHQ's free email forwarding tool: Multi Email Forward For Gmail
You might be also interested to try cloudHQ's Gmail Time Tracker: *Track time spent in your Gmail. Time logging service to help you track your reading and writing in email, so that you can include it in your billable hours.*

---------- Forwarded message ---------
From: Lisa Morgan
Date: Fri, 4 Mar 2022 16:39:44 -0700
Subject: PAMELA TYLER
To:
Date Sent: Fri, 4 Mar 2022 16:39:44 -0700
Date Received: Fri, 4 Mar 2022 15:39:46 -0800 (PST)


To whom it may concern,

Pamela Tyler is one of the kindest, most caring people I have ever had the pleasure of meeting and I consider her a close friend. She is a woman of God and truly walks the walk in every aspect of her day-to-day life. She is selfless and will give time to anyone who needs an ear or a hand to hold.

She was there for me when I was having panic attacks, as a result of side-effects from medication, and was the only person that could calm me down. After a lifetime of struggling with drug addiction and incarceration, I am now a full-time college student, a full time employee as an Amazon driver, I am financially stable, and most importantly… sober. Ms. Tyler always encouraged me to pursue my dreams and be a living example for my children and any others that have survived a past like my own. After years of daily conversations with her, I am a better person.

She is such powerful force of optimism and light to everyone she comes in contact with, even on days when she has every reason not to be. The world is missing out on such a beautiful soul who has touched so many lives. There is no doubt in my mind that, given the chance, she will have a positive impact on many more lives once she is finally free to come home. Thank you for your time and consideration.

Sincerely,

Lisa Morgan

**From:**
**Subject:** Fwd: Ms Pamela Tyler
**Date:** March 8, 2022 at 1:00 PM
**To:**

Forwarded using cloudHQ's free email forwarding tool: Multi Email Forward For Gmail
You might be also interested to try cloudHQ's Save Emails to Dropbox: *Save emails to Dropbox with one click*

---------- Forwarded message ---------
From: Michelle Tablada
Date: Sat, 5 Mar 2022 13:24:14 -0800
Subject: Ms Pamela Tyler
To:
Date Sent: Sat, 5 Mar 2022 13:24:14 -0800
Date Received: Sat, 5 Mar 2022 13:24:25 -0800 (PST)

To Whom It May Concern:
I met Ms Pamela Tyler in 2010. She was my neighbor in a place that we did not like calling home. Her presence was pleasant and positive, not to mention very spiritual. She helped me out of a dark place and brought sunshine.  I was blessed to have met such a kind, warm hearted woman in a place meant to break you. She absolutely deserves a chance to bring that sunshine and warmth to this free world of opportunity and life.

        Sincerely,
        Sharon M Tablada

**From:**
**Subject:** Fwd: Re: Miss. Pam pardon
**Date:** March 8, 2022 at 1:00 PM
**To:**

Forwarded using cloudHQ's free email forwarding tool: [Multi Email Forward For Gmail](#)
You might be also interested to try cloudHQ's [Get My Receipts](#): *Get My Receipts*

---------- Forwarded message ---------
From: Cory Riehart
Date: Fri, 4 Mar 2022 14:35:56 -0800
Subject: Re: Miss. Pam pardon
To: Catherine Sevcenko
Date Sent: Fri, 4 Mar 2022 14:35:56 -0800
Date Received: Fri, 4 Mar 2022 14:36:10 -0800 (PST)

Miss. Pam is a very special lady. Thank you for the opportunity to let someone know that.

Hello I have been asked by a dear friend to send an email for a reference to her and I hope and I pray that her pardon may be facilitated. My name is Cory Riehart. I met Miss. Pam while I was in FCI Dublin. I was there for one year. I was there for diverting medication as a registered nurse. Miss. Pam, which is the only name I have known her by, a name worthy of the highest respect, was the pillar of a Christian leader at Dublin Federal Prison. She faithfully like no other held the Bible studies, the prayer groups, daily, she was always there. It was in prison, with her help that I learned what it meant to be truly forgiven. To learn how to pray, to learn what the Bible says and most importantly with Miss. Pam's help, I know how to stand on the promises of God. Being released from prison I know for myself and I don't doubt so many others that our problems are still there waiting for us when we hit the streets and without the skills that Miss. Pam as an ambassador for Christ to train us in, I don't know how I would have dealt with the murder of my brother that happened after coming home, the fact that the rest of my family still addicted, still dysfunctional, the tools I learned in prison that I attribute to success are not the tools that the faculty offered or all the different programming, it was the programming that thanks to Miss. Pam's dedication happened to me through Christ Jesus. I do not know what Miss. Pam is in prison for, I would not dream of asking her! What I know to be true, this woman shines like a bright light in the darkest place of my life I have ever been. She stays in





3-5-

Honorable Judge
I would like to Say a few
words on behalf of Pamela Tyler
I was incarcerated with her in
Dublin, Calif.
I grew to Know and Respect
her. She was also Respected by Officers
and Inmates. She mentored me
as well as others, on all levels of life.
Inspite of her circumstances
she always showed Concered for
others. She has taken a Negative
and turned it into a positive.
She parents her children Still
as well as her grand children
She gives them Moral guidance
and tells them how she has
learned from her mistakes.
She has self Rehabilitated herself
by education, Excersing and spiritual
Growth. She has talked with
me on So many Occassions and
Values the Lessons learned.
I believe and Know that once
given the Chance and Opportunity
for a second chance in Society
that she won't fail. Just as
myself we only need that 1 chance
to Show you that we will Succeed
Thank You for taking the time
to listen.

**From:**
**Subject:** Fwd: Character Letter for Ms. Pam
**Date:** March 8, 2022 at 1:00 PM
**To:**

---

Forwarded using cloudHQ's free email forwarding tool: [Multi Email Forward For Gmail](#)
You might be also interested to try cloudHQ's [Gmail SMS & Text Alerts](#): *SMS text alerts for emails that are urgent, from specific people, or when someone replies back*

---------- Forwarded message ---------
From: Danielle Metz
Date: Mon, 7 Mar 2022 00:56:27 -0600
Subject: Character Letter for Ms. Pam
To: Catherine Sevcenko
Date Sent: Mon, 7 Mar 2022 00:56:27 -0600
Date Received: Sun, 6 Mar 2022 22:56:30 -0800 (PST)

Danielle Metz
Director of Clemency
The National Council for Incarcerated and Formerly
Incarcerated Women and Girls

http:/[nationalcouncil.us/](#)

I am writing this letter on behalf of my friend Pam Tyler in hopes that you will favorably consider her request for a reduced sentence.

 Pamela Tyler, I feel, has learnt a painful and essential lesson. Pamela has been a friend of mine for 16 years, and I've seen her go through many ups and downs throughout that time, but she has always managed to overcome any challenges she has encountered with grace.I've always believed she's a good person at the core.  I'm sure there were events that went unnoticed that led to her current condition. Pam has taken a variety of self-help and victim impact seminars in order to be successful in her reintegration. Pamela has always been a role model for me while confined, right from the first day we met. Pamela Tyler has been a role model not just to me but to the thousand of women who she presently incarcerated with. There was instances when the correction officers were unable to bring calm to a situation, rather than asking a coworker to intervene, they asked Ms. Tyler if she could help with that person, and she was able to bring resolve to the situation due of her reputation. There aren't many people in an institution who can do that, but Ms. Pam can. Ms. Tyler's persona speaks for itself.

Pamela has committed mistakes, and she is deeply regretful and prepared to go to any length to make amends. She needs the court to offer her a second chance in order to do so. While I am completely aware that breaking the law has consequences, I am also aware that Pamela has done everything possible on the inside of prison to demonstrate her progress.

Ms. Tyler, I feel, has learnt a good lesson about the consequences of poor choices. I also feel she has gained the maturity and fortitude required to make sound judgments and, more importantly, to consider the influence of those actions on others, particularly on her children.

I wish you could see Pamela as she is now, not as she was when she was sentenced. I respectfully request that her motion be granted.

Humbly,

Danielle

From: Eshawn Tyler
Subject: Eshawn Letter
Date: October 28, 2021 at 2:40:44 PM EDT
To:

I write this letter to share a part of my heart about my mother
Pamela Renea Tyler. Irreplaceable is the first thing that
comes to mind when I think about my mother. For as long as I
can remember she's been a provider. As a child everyone
would run to my mother. From her mother to her siblings and
to my dad and his family. She has always been a need and a
want. She was a mother to the motherless, which didn't make
it any easier because she already had 6 kids of her own, And
as me and my siblings got into our teenage years more kid's
came along for nurturing. Girlfriends and boyfriends running to
my mother with their worries,wants and needs, less fortunate
kid's and friends of ours would move in. No matter when they
came or the time of the year it was they would be welcomed
with open arms and receive treatment as if they were her
own. I remember when christmas would come around and
they would get gifts just like us if not more. I remember a time
when I was in middle school and a kid on my bus that would
wear the same thing to school, and get teased for it. I told my
mom and she had me ask him his size and went out and
brought him 5 outfits and new shoes. I can give you more
stories just like that. People  still thank me for things she's
done to this day and I'm 34yrs old. Not to long ago I walked in
a gas station and was greeted by a childhood friend that was
working there and he brung up the story I just mentioned.  Her
having 6 kid's of her own we didn't make her life easy by any
means, we most definitely had our moments causing
headaches, and sleepless nights, and heart racing phone
calls. But despite all that she kept us with a roof over our

heads and clothing on our backs. We never had to go to bed hungry. Birthdays and holiday's she always made sure we smiled.

This part of my life is the hardest to talk about.I remember as a child I found out my older siblings dad had beat my mom putting her in the hospital. Once she got with my dad it wasn't no better. I remember things vividly. My dad had very bad commitment issues, to the point where his closest friends would feel sorry for my mother and tell her. I remember riding with my mother and different women would tell her about my dad cheating. When she would ask him about it he would go into an outrage and verbally abuse her, they would get into a fight and he would throw her around. I can never forget the day she tried to take her life because she couldn't take it anymore. I remember before that incident she showed me money hidden in her jacket in her closet and told me if anything ever happens we'll be token care of. Now me looking back that was her letting me know if she leaves this world she still will provide. My mom would tell me from time to time she staying with my father because she refuse to put us through what her mother put them through and that's having different men coming and going and beating our grandmother. But once we got a lil older my mom must have paid attention that we didn't have much longer to be in her house. So she tried to break it off with my dad and he would go into his outrage,threatened and put fear into her. Somewhere she found the courage and she ran into Andre and he used her shattered marriage and life as a WANT AND NEED to his ADVANTAGE. My mom kept Andre away from us. She moved to another place almost an hour away from our home.

Her life mistakes was a MAJOR IMPACT on my life. At the age of 16 I watched my mom go in and out of court. It was one of the most wildest times in my life. Her lawyer had to take time off of the trial  because his mother passed and I felt like that affected the trial. The judge sentenced my mother on her first offense to life, her lawyer stood to her defense and the judge gave her 60 years running consecutive.That took a part of our life. Words can't explain the feeling of being a teenager seeing and hearing that happen to my mother,my life, my queen, my heart, my everything. My mom looked backed at us and said she loved us. We had tears falling down our faces. Once I spoke with my mom later that day I asked her why she didn't cry, she told me she didn't want it to be worse by us seeing her cry. She said she waited until she got out our site. As the years went on I've watched my mom health have many complications and declined. She endured so many tragedies, from her one of her brothers on his death bed,to her nephew being guned down,her mother found almost lifeless and brain dead,and with me finding my dad murdered and to the most recent her first grandson her LIFE HER PRIDE AND JOY shot and murder in a drive by shooting at the age of 16 a innocent bystander. She watched everyone that was on her case come home one after the other even the shooter came HOME!!!. As time continued I became a grown man as I am today at the age of 34 with a fiance and 4 kid's 2 boys age 13 and 10 and 2 girls age 6 and 1. It's been a very hard battle 17yrs she's been incarcerated. Her not being there for me turning 18 and becoming a man, not being able to be in the waiting room for her grandchildren. Her grandchildren never got to touch her physically. It hurts so bad to hear my kid's ask me and her when is she coming home. It's already bad enough my oldest never got to see my dad and my other

children never got the pleasure of seeing him in the flesh. Her not being able to wrap her arms around me in some of the worst days of my life. I've been with my fiance for 15 going on 16yrs and still haven't gotten married till this day because I want her to be at my wedding. She has been a MAJOR IMPACT on my life as a man. She's never missed a call or visit when it came to birthdays,holidays,etc. She's always been a listening ear, A mediator for my relationship and helped with me raising my kid's. And most of all she taught love unconditional. You can BEND BUT NEVER BREAK. I'll can go ON AND ON about her making me the man I am to today but I'm going to sum it up do to the fact I have more to say in this letter. As I sit here and think how strong my mother is it's unbelievable. Through the 17yrs she's been away, the trials and tribulations no matter what she always ask how we were doing,even when we ask her she would change the subject and make sure we was fine first. I've gotten many phone calls from women who's been incarcerated with her old and young. They shared so many great stories on how my mom has been a blessing to them.I'll never forget it was a young lady that needed help with her life. My mom had met her in the county jail while they was holding her before she went to prison. My mother became a mother figure to her. Assisting her with a place to live etc. making sure she got on her feet. Through all these great accomplishments she remain humbled while incarcerated not getting in ANY TROUBLE her whole 17yrs. She continued to stay STRONG. Even while fighting this kidney disease in both kidneys. Not to mention that she's been knowing about and been keeping it from us to keep us from worrying. I understand and Im aware of my mother's crime she committed. I'm not writing this letter to over look that. But what I'm saying is the time she's been

given is "CRUEL AND UNUSUAL PUNISHMENT". When I think of my mom she reminds me of clay how a potter would take a piece of it beat it up and mold it to the most beautiful piece of art. No matter how bad things may had looked or was there's good that can come from it. All that being said I STRONGLY SAY AND BELIEVE TIME SERVED!!!.



October 11, 2016

Re: Ms. Pamela Tyler, 10922-031

To Whom It May Concern:

We hope you find this letter helpful in answering a difficult question: *Is Ms. Tyler ready to reenter society and function as a law-abiding citizen?* We are proud to report that Ms. Tyler has completed Defy Ventures' rigorous reentry preparation program, CEO of Your New Life ("CEO YNL"). Through CEO YNL, Ms. Tyler has developed comprehensive and realistic reentry plans, including written plans related to personal growth, health and appearance, relationship management, decision making, finding employment, and commitments to staying free.

CEO YNL training, used nationally in prisons and jails, specifically addresses criminal thinking errors such as lack of effort and lack of interest in responsible performance, and combats closed channel thinking by building in repeated opportunities for feedback and revision. Defy's curriculum includes 100 courses taught by some of the country's leading experts.

By participating in Defy Ventures' CEO YNL program, Ms. Tyler has also been given the opportunity to earn a **Certificate of Career Readiness from Baylor University's Hankamer School of Business,** which will establish her credibility with potential employers and support successful reentry.

Ms. Tyler is also invited to apply to Defy Ventures' post-release Academy, which will provide:

- Strong **accountability** (including regular drug testing) and case management
- **Employment assistance and job placement**
- Executive **mentoring and coaching** from business professionals, invitations to business events, and a **dedicated support network**
- **Family support** services such as regular conference calls, events, and education

We stand proudly behind the accomplishments of our participants. Defy's post-release *recidivism rate of less than 5%* demonstrates that our participants are truly able to put the criminal lifestyle behind them. We have high expectations for Ms. Tyler's success. Not everyone has the perseverance, discipline, and courage to engage in the deep self-reflection required by CEO of Your New Life. We know these traits will serve Ms. Tyler well.

We look forward to continuing Ms. Tyler's training upon her release. Defy Ventures will be there with continued support and accountability from staff members and our post-release community of Executive Mentors (we have 3,500 volunteers nationally!).

Thank you very much for your consideration. Please contact me directly with questions.

Sincerely,

Sean Volin
Director of Prison Service

Jane Faalataina                                               March 6, 2022

Dear Honorable Judge,

My name is Jane Faalataina; I work for Larkin Street Youth Services as a Case Manager for the Young Adult Court providing housing services. I am a long-time close friend of Pamela Tyler. I wanted to take this opportunity to provide some insight into the relationship I have built with Pam during my difficult time of being incarcerated in the Dublin Federal Bureau of 2015-2019. Upon my arrival into the Federal Bureau, I believe my purpose of being incarcerated is to renew my internal thinking to becoming a strong spiritual individual. Ms. Tyler came into my life in the time of need, of being broken, confused, lost, and full of anger. Pamela Tyler was my spiritual advisor during my stay in the Federal prison, she walked me through the years of trauma held internally to being this forgiving person who also knows how to love herself. All the years of my life, I fought through the darkness that I had no understanding of why I chose to live hatefully and was the angriest person to be around.


I personally thank God for assigning Pam to be my mentor (spiritual advisory) as a part of my life experience. I continuously carry on the spiritual learning experience I had with Pam in today's world. Without the deep knowledge of studying the scriptures of how to renew the mind and letting go to forgiving, and loving myself, my old behavior would have continued to be involve with the system. I thank you for taking the time to read my letter and in hopes you would consider Pamela Tyler to be set physically free into the world, where she can also provide mentoring in the community of the people that are also traumatized.


Sincerely,

Jane Faalataina



## Catherine Sevcenko

---

# Letter For Pamela Tyler's Case
## 2 messages

---

**Audrina Rowe**                                    Wed, Oct 27, 2021 at 2:48 PM
To:

To Whom it may Concern,

My name is Audrina Union-Rowe, I am married to Pamela Tyler's oldest son Tony Union Sr..I have
been with my husband since April 2001, so it is definitely safe to say, I have been around Pam & her
family for many many years..So many years that I consider each & every person in her family My
family&vice versa..I knew Pam for 4 years before the mistake that she made that changed our family's
lives forever..My husband/myself were away in college when the incident took place..When I met my
husband he had a potential son that we didn't know if he was my husband's son or not, but that didn't
mean anything to Pam..That little boy was loved way before the DNA test came back & that alone
speaks volume on any mother's character..Our son Adarius was the Only grandchild out of 15 total
grandchildren now that Pam had the chance to touch before being incarcerated..Pam has been
incarcerated away from her loved ones for 17years now & throughout these years she has had to
endure emotional pain like no other like the passing of her husband Curly Tyler, as well as the passing
of her oldest grandchild Adarius getting struck by a stray bullet during a drive by..These are just 2 of
the Many deaths in the family that has impacted her life as well as our family, but these 2 deaths truly
hurt her because I could see it, hear it & feel it in her voice when she received the horrible news..My
biological son Tony Jr is Pam's 2nd oldest grandchild, he will be 17 come March 2022..Pam never got
the chance to witness him 1st hand growing up because she was incarcerated before he was born..If my
husband/myself wouldn't have took our family in 2019 to visit Pam in Dublin, Ca she still to this day
would've only physically touched her 1st born grandson Adarius..Even though my husband/myself
have been together since 2001, we didn't get married until May 2013 all because my husband kept
putting off the date in hopes that his mother would be able to walk him down the isle since he is her 1st
born son&he adores his mother..Since being married my husband/myself have brought into this world
2 more handsome sons & 1 beautiful daughter(2016, 2018, 2021) My husband had a dream about
6years ago while I was pregnant that his mother was released from prison & that she was holding our
daughter in her arms..For 20 years all I have ever been is a Boy Mom..My husband/myself decided
with my last pregnancy (this year 2021) that we weren't going to find out the gender of our baby&wait
until the day the baby decides to enter the world..By doing this, this tested a lot of our family members
patience(Pam especially) because everyone wanted us to have a baby girl so bad, not just because it
would've been my husband/myself 1st daughter, but also because of the dream my husband had..After
100+ hours of all natural labor, on October 19th 2021 my husband/myself brought into this world our
1st daughter..Even though throughout my pregnancy Pam begged me constantly to just have someone
send her the gender results & they wouldn't tell anyone the gender..IF my husband/myself had to wait
to find out, Everybody was going to wait too..The morning I was admitted to the Birthing Center at
8cm, I emailed Pam around 5am letting her know baby was coming within a few hours..Even though
we already had a scheduled Video Chat with her later on that night(because my husband felt baby was
coming on the 19th), I KNOW Pam, she wasn't about to wait until 9:30pm CST to find out the gender

of the baby..At 10am CST I received a phone call from Pam..She didn't hesitate to ask as soon as she could, SO IS IT A BOY OR GIRL?? When I told her that her son Finally gave us a baby girl, Pam instantly started crying over the phone&of course I started crying as well because I was still in disbelief of Finally getting my daughter & praying this moment will allow my husband's dream to fully manifest..While on the phone my midwives were doing the measurements/weight of the baby..So Pam was the 1st person to get that information, but All I could do while being on that phone as I do while emailing her, video chatting her is Wish how much we All miss her soooo much & Wish she was here with us enjoying this moment as a Grandma in the flesh..All I know is that I'm only able to speak on behalf of my children, but I'd bet my life All my nieces/nephews feel the Same way about Pam..My children get excited & can't wait for Grandma Pam to video chat us..They are so excited Everytime that they literally argue with each other for their Grandma Pam's attention..The bond that Pam has made with my children While being incarcerated, I can Only imagine the bond they will have with her being there Everyday as they grow up..She's so selfless that she goes out of her way to make memories with her grandchildren by making them personalized blankets, sock, stuffed animals, sweaters etc..I saw 1st hand how Pam was with my oldest son Adarius before she was incarcerated & when I say my son could do No wrong in her eyes is an understatement, so I know these grandchildren of hers will be loved just the same..Pam calls me her Daughter not her Daughter in Law & let's me know time&time again how Thankful she is that her son found me & made me her forever daughter..Pam is Not only my husband's mother, but I also consider her my mother & would do Anything in the world for her..IF she is released back to her family, there's NO doubt in my mind that Pam will be well taken care of & live the rest of her natural life loving on her children/grandchildren..Now that I think about it, ALL of Pam's sons have been with their wives for 1-2 decades & ALL their children are by the Same woman..Nowadays those type of statistics are hard to come by & I 1st hand can say that All of Pam's Children take care of their children/family & put the Most High 1st in their everyday lives..Before being incarcerated Pam believed in the Most High, but her love for him was not as Strong as it is nowadays..As of Today, Pam faith has grown throughout the years & as we all know, the Most High will drop u to your knees IF need be to let u know, HE is the Alpha & Omega put NONE before Him..Even though we all desperately want Pam home, IF this was the Most High way of dropping Pam to her knees to turn her life around to Love Him 1st before Anything else of this world, then as a family we give him All the Praise, because Pam's spiritual life is more important than the flesh..I pray this letter touches the heart of all those that read it& it showcases how much Pam has grown Spiritually, how much she is loved&missed by her family..So I pray it softens the hearts of those who overlook her case to say, "Yes Pamela Tyler has served enough time & has learned from her mistakes, besides having good behavior while being incarcerated, she's also well loved/respected by many inmates & should be given a 2nd chance at life"..I can't express enough how much I love Pam&want her home with us, we have shared her with the system way too long..IF she's released the overwhelming love that will poured upon Pam will be a moment I pray happens sooner than later..Thank u for taking the time to read my lengthy letter, which I could go on& on about, but I'll end it with Hopes that Pamela Tyler best year(s) of her life is yet to come