# EXHIBIT I

# Certificate of Completion

This certificate is awarded to

## Pamela Tyler

Sociology Workshops:

Life's Decisions

A Presentation by Dr. Roman

Ms. K. Doyle, ACE Coordinator

December 17, 2013



# Certificate Of Completion

This certifies that

## Pamela Tyler

Has successfully completed 100 hours

### MICROSOFT WORD

Awarded by:
**VOCATIONAL TRAINING BUSINESS**
Dublin, California

R. Tibansdy – VT Instructor

July 9, 2014
Date

# Relationship and Marriage Education
## Certificate of Completion

*This is to certify that*

**Pam Tyler**

*completed the Communication Skills Course titled*

## World Class Communication

*in Dublin, California on*
*February 20, 2015*

**healthy relationships**
california

www.relationshipsca.org

Bento Leal
Authorized WCC Instructor

# TOASTMASTERS
## INTERNATIONAL

## SUCCESS COMMUNICATION AND
## SUCCESS LEADERSHIP SERIES

Pam

Recipient

served as

# PARTICIPANT

for

TCI   Dublin - Speechcraft   Program   (Spring 2015)

Program Title

3/25/15

Date

Club Name and Number

Club Vice President Education

Jess Korth

Club President

Item 261

# S P E E C H C R A F T   P R O G R A M

## Session 6: "Vocal Variety Speech" Presentation

## FCI DUBLIN

# Certificate of Participation

*awarded to*

# Pam

**3/4/15**

Date

**Tess Korth**

Reentry Affairs Coordinator



# BIBLE TO YOU

This is to certify that

## *Pamela Tyler*

Having successfully completed the Bible study series

## "Finding Direction In God's Word"

Is awarded this

## CERTIFICATE OF RECOGNITION

In witness whereof, our signatures are affixed this _19th_ day of _August 2015_

Signed _Carl K Carley_

Witnessed _Terry L Carley_



# Baylor University

**Waco, Texas**

## Hankamer School of Business

### Certificate in Career Readiness

Presented to

## PAMELA TYLER

This Eighteenth Day of July in the year
Two Thousand Sixteen



Gary R. Carini, PhD, Associate Dean





Catherine Hoke, Founder and CEO, Defy Ventures



## DEFY
VENTURES

UPON THE RECOMMENDATION OF THE STAFF AND BY AUTHORITY OF THE
GOVERNING BOARD, THIS

# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## PAMELA TYLER

FOR SATISFACTORILY COMPLETING THE REQUIREMENTS AS PRESCRIBED FOR
**STEPS 1 AND 2** OF THE **CEO** OF YOUR NEW LIFE PROGRAM FROM DEFY VENTURES
AND AWARDED WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

28TH OF FEBRUARY, TWO THOUSAND AND SIXTEEN

Catherine Hoke

Catherine F. Hoke
CEO & Founder



**DEFY**
VENTURES

UPON THE RECOMMENDATION OF THE STAFF AND BY AUTHORITY OF THE
GOVERNING BOARD, THIS

# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## PAMELA TYLER

FOR SATISFACTORILY COMPLETING THE REQUIREMENTS AS PRESCRIBED FOR
**STEPS 3 AND 4** OF THE **CEO OF YOUR NEW LIFE** PROGRAM FROM DEFY VENTURES
AND AWARDED WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

29TH DAY OF APRIL, TWO THOUSAND AND SIXTEEN

Catherine F. Hoke
CEO & Founder



**DEFY**
VENTURES

UPON THE RECOMMENDATION OF THE STAFF AND BY AUTHORITY OF THE
GOVERNING BOARD, THIS

# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## PAMELA TYLER

FOR SATISFACTORILY COMPLETING THE REQUIREMENTS AS PRESCRIBED FOR
**STEPS 5 AND 6** OF THE **CEO OF YOUR NEW LIFE** PROGRAM FROM DEFY VENTURES
AND AWARDED WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

20TH DAY OF JUNE, TWO THOUSAND AND SIXTEEN

Catherine F. Hoke
CEO & Founder



**DEFY**
V E N T U R E S

UPON THE RECOMMENDATION OF THE STAFF AND BY AUTHORITY OF THE
GOVERNING BOARD, THIS

# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## PAMELA TYLER

FOR SATISFACTORILY COMPLETING THE REQUIREMENTS AS PRESCRIBED FOR
**STEPS 7 AND 8 OF THE CEO OF YOUR NEW LIFE PROGRAM FROM DEFY VENTURES**
AND AWARDED WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

12TH DAY OF JULY, TWO THOUSAND AND SIXTEEN

Catherine Hoke

Catherine F. Hoke
CEO & Founder



**DEFY**
VENTURES

UPON THE RECOMMENDATION OF THE STAFF AND BY AUTHORITY OF THE GOVERNING BOARD, THIS

# CERTIFICATE OF COMPLETION

IS CONFERRED UPON

## PAMELA TYLER

FOR SATISFACTORILY COMPLETING THE REQUIREMENTS AS PRESCRIBED FOR **STEPS 9 AND 10 OF THE CEO OF YOUR NEW LIFE PROGRAM** FROM DEFY VENTURES AND AWARDED WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

28TH OF JULY, TWO THOUSAND AND SIXTEEN

_Catherine Hoke_
Catherine F. Hoke
CEO & Founder

# OSHA
### Outreach 501 Course

This certificate is awarded to

## Pamela Tyler

### 10 Hour OSHA 501 Training Course

"As an OSHA Outreach trainer, I verify that I have conducted this OSHA Outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my OSHA Authorizing Training Organization. Upon successful review of my documentation, I will provide each student their completion card within 90 days of the end of the class."

_T.J. Blassingame_
Environmental & Safety Compliance Specialist

_9-2-2016_
Date



# Certificate of Completion

The Federal Correctional Institution, Dublin, CA
and Celebrate Recovery Ministry Team
hereby recognizes

## Pamela Tyler

for successful completion of
Celebrate Recovery-Inside Step Study
Awarded on this 22nd day of March, 2016

CELEBRATE RECOVERY INSIDE

_Chaplin Ashforth_
Chaplin Ashforth

_Linda Lopes_
Linda Lopes

_Gloryann A. Labogin_
Gloryann A. Labogin

_Rachel W. Webb_
Rachel Webb



# Certificate of Achievement

This certifies that

**Pamela Tyler**

has satisfactorily completed

**Money Matters**

Consisting of ___3___ Hours of Training

This certificate is hereby issued this ___4th___ day of ___August___, 2016

_G. Koth_

_Reentry Affairs Coordinator_

# Certificate of Achievement

This certifies that

**Pamela Tyler**

has satisfactorily completed

**Square One**

Consisting of __8__ Hours of Training

This certificate is hereby issued this __30th__ day of __March__, 2017



# Certificate of Achievement

This certifies that

*Pamela Tyler*

has satisfactorily completed

## Job Skills: What Employers are Looking For

Consisting of __2__ Hours of Training

This certificate is hereby issued this __28th__ day of __November__, 2017



L. Bailey

Master-Coordinator

# Federal Correctional Institution Dublin



This is to certify that

Pamela Tyler

has successfully completed

the Captivating Class

Chaplain                          Date    2/25/2017

# Federal Correctional Institution
# Dublin



This is to certify that

*Pamela Tyler*

has successfully completed

## The Finding Your Way Back to God Class

Ch. Uylluson
Chaplain

12/15/2017
Date

# Certificate of Achievement

This certifies that

## PAM TYLER

has satisfactorily completed

## CREATING A LIFE PLAN

Consisting of _2_ Hours of Training

This certificate is hereby issued this _25th_ day of _JAN_, 2018



Mentor Coordinator



Certificate of Achievement

This certifies that:

Pamela Tyler

Has Satisfactorily completed

Self-Employment

Consisting of 2 Hours of Training

N. Bailey, Mentor Coordinator

February 22, 2018

Date

SUCCESS

# Certificate of Achievement

This certifies that

Pamela Tyler

has satisfactorily completed

## Assertiveness

Consisting of _2_ Hours of Training

This certificate is hereby issued this _4th_ day of _January_ 2018

L. Bailey

Mentor Coordinator

# Certificate of Completion

is awarded to :

## Pamela Tyler

for successfully participating in a 2 hour

# Women's Empowerment Workshop

with Motivational Speaker & Certified Life Coach Dana Cheatum

N. Bailey, Mentor Coordinator

March 16, 2018

Date

# Certificate of Achievement

This certifies that

**PAMELA TYLER**

has satisfactorily completed

**YOU & YOUR VALUES**

Consisting of __2__ Hours of Training

This certificate is hereby issued this __15th__ day of __Feb__, 2018



V. Bailey

Mentor - Coordinator

# Coastline Community College

**OFFICE OF THE REGISTRAR**

**Student Grade Mailer**

| Student Name: | Tyler, Pamela R. | Student ID: | C02610578 |
| --- | --- | --- | --- |

Tyler, Pamela R.
INMATE 10922-031 (Unit E)
FCI DUBLIN
5701 8TH ST CAMP PARKS
DUBLIN, CA 94568

RETURN SERVICE REQUESTED

**Messages:**

Message 1: The student bears responsibility to contact the instructor regarding grade issues.

| Course Name | Course Number | Section | Campus | Course Title | Grade | Credit Hours | Earned Hours | GPA Hours | Grade Points | Term GPA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COUN | C105 | 005 | C | Strategies for College Success | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| ENGL | C024 | 001 | C | College Vocabulary 1 | P | 1.50 | 1.50 | 0.00 | 0.00 | |
| | | | | | Total | 1.50 | 0.00 | 0.00 | .00 |

| Major | Academic Standing |
| --- | --- |
| LibArts: Social&Behavio | CCC Under 12 cumulative u |
| **Level** | **Term** |
| Coastline Undergraduate | CCC Fall 2017 |

| | | | | |
| --- | --- | --- | --- | --- |
| Cumulative | 1.50 | .00 | .00 | .00 |
| Transfer | | | | |
| Overall | 1.50 | .00 | .00 | .00 |

**EXPLANATION OF GRADES**

| | |
| --- | --- |
| **A** -- Outstanding | **L** -- Listener/Auditor |
| **B** -- Good | **O** -- Official Withdrawal |
| **C** -- Average | *AE |
| **D** -- Deficient | *BE |
| **F** -- Failed | *CE |
| **W** -- Withdawal | *SE |
| **I** -- Incomplete | *RE |

In order to become passing grades, incompletes must be fully satisfied by the end of the next semester.

(*Not included in GPA)

ver. 2.0.1

# Stratford Career Institute

Mount–Royal, QC

**This is to certify that**

*Pamela Tyler*

*has completed a course of studies in*

## Natural Health Consultant

*and, in testimony whereof this*

# DIPLOMA

**with highest honors**

*is awarded*



*In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 16th of November 2020*

Registrar

Executive Director



**STRATFORD CAREER INSTITUTE**

Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT  05478–5560

Main Office:
8675 Darnley Road, Mount–Royal, QC  H4T 1X2
1–800–435–5338

# *Official Transcript of Grades*

Pamela Tyler
Dublin CA  94568

Date: November 20, 2020

Student Number:  G228345

Overall Grade:  95%

## Natural Health Consultant Program

### Session I

| | | |
|---|---|---|
| BPD1–A | Integrative Medicine; Relaxation Therapies; Meditation; Guided Imagery; Biofeedback; Hypnotherapy; Spirituality; Mind–Body Techniques; Chiropractic or Osteopathic Manipulation; Massage Therapy; Acupuncture | 100 % |
| BPD1–B | Herbs and Supplements; Spas, Saunas and Hot Tubs; All–Encompassing Approaches to Health and Healing; Integrative Therapies for Common Health Conditions; Central Sensitization; Evaluating Integrative Medicine Approaches | 90 % |
| BPD1–C | Identifying Signs and Symptoms of the Common Health Issues; Identifying Home Remedies and Prevention Strategies for Common Health Issues | 100 % |
| BPD1–D | Further Identification of Signs and Symptoms of Common Health Issues; Further Home Remedies and Prevention Strategies for Common Health Issues; Emergency Care | 95 % |

### Session II

| | | |
|---|---|---|
| BPD2–A | Nutritional Roads to Health; Immune System; Basic Dietary Guidelines; The Fastest Paths to Healing; Raw Foods; A Planet– and Animal–Friendly Path; Cleansing and Healing; Juicing; How Foods Heal | 100 % |
| BPD2–B | Prescription Foods; Fruits and Berries; Vegetables; Sea Vegetables; Grains and Flours; Beans and Legumes; Nuts and Seeds; Fish; Water; High–Fiber Foods; Spices and Herbs; Organic Food; Food Combining Guide | 100 % |
| BPD2–C | Super Foods: Garlic, Mushrooms, Yogurt, Kefir, Sprouts, Soy and Tofu; Threats to Health: Sugar, Fat, Meat, Dairy, Caffeine and Cholesterol; Naturally Good Nutrients; Nutrition for Children and Women; Vegetarian Nutrition | 100 % |

Continued on page 2...



Transcript page 2

**Pamela Tyler**
Student Number: G228345

## Session III

| | | |
|---|---|---|
| BPD3–A | The Science of Homeopathy; Law of Similars; Symptoms as Defenses; Potentized Dose; Hering's Laws of Cure; Homeopathy in Practice; Case Analysis and Remedy Choice; Administering Medicine; Home Care of Fever, Influenza, Colds and Coughs | 92 % |
| BPD3–B | Childhood Maladies; Giving Homeopathic Medicines to Children; Ear Infections; Viral and Bacterial Infections of the Throat; Digestive Problems; Hepatitis; Women's Health Problems; Men's Health Problems; Sexually Transmitted Diseases; Headaches | 88 % |
| BPD3–C | Allergies; Dermatitis; Hives; Asthma; Bacterial and Viral Skin Infections; Fungal Infections; Acne; Wounds; Sprains; Fractures; Head Injuries; Burns; Bites and Stings; Dental Problems; Emotional Distress; Sleep Problems | 84 % |

## Session IV

| | | |
|---|---|---|
| BPD4–A | History of Holistic Medicine; History of Nutritional Medicine; Holistic Guidelines for Healthy Eating; Macronutrients, RDIs, Vitamins, and Minerals; Guidelines for Using Nutritional Medicine | 95 % |
| BPD4–B | History and Principles of Environmental Medicine; Principles and Practices of Osteopathic Medicine; Conditions That Benefit from Osteopathic Medicine; History, Philosophy, and Aims | 95 % |
| BPD4–C | History and Main Forms of Botanical Medicine; Common Medicinal Herbs and Their Uses; Principles and Therapies of Naturopathic Medicine; History, Principles, and Practices of Homeopathy | 95 % |
| BPD4–D | History and Therapies of Ayurvedic Medicine; Types of Traditional Chinese Medicine and Acupuncture; Additional Therapies including Aromatherapy, Chelation Therapy, Enzyme Therapy, and Prolotherapy | 95 % |

* *   End of Transcript   * *

*Official Document*



*Seal of Authenticity*

Overall Grade: 95 %
An average overall grade of 70% is required to successfully complete this program.

Average clock hours: 280

Date of Graduation: November 16, 2020

Registrar

# Las Positas College

This certifies that

## Pamela R. Tyler

Has satisfactorily completed the prescribed course of study and is hereby awarded this

## Certificate of Completion

in

## Customer Service

Given at Livermore, California, this twenty-eighth day of May, two thousand and twenty-one.

_President of the College_

_Vice President of Academic Services_

# Las Positas College

This certifies that

## Pamela R. Tyler

Has satisfactorily completed the prescribed course of study and is hereby awarded this

## Certificate of Completion

in

## Small Business Management

Given at Livermore, California, this twenty-eighth day of May, two thousand and twenty-one.

_President of the College_

_Kristin Wheeler_
_Vice President of Academic Services_

is presented to

## PAMELA TYLER

for the successful completion of

## PRISON FELLOWSHIP ACADEMY



*Whatever you do, work at it with all your heart,
as working for the Lord, not for men. Colossians 3:23*

Ronda Vinson

**Instructor**

March 8, 2020

**Date**



PRISON
FELLOWSHIP

2016

CIGNI



# House of Healing

## CERTIFICATE OF COMPLETION

This certificate is presented to

PAMELA TYLER

in recognition of the significant personal effort you invested & the growth we have witnessed by your participation in the Houses of Healing Program.

Ms. Bailey, Mentor Coordinator

Date: September 24, 2019



# Certificate

## GETTING TO KNOW YOUR HEALTHY AGING BODY

*awarded to*

Tyler

*in recognition of*
*your dedication, passion, and hard work*

8/20/20

Date

VELASCO
RECREATION STAFF

 **PRISON FELLOWSHIP**

# Academy Program
# Prison Fellowship
### *TRANSCRIPT*

| **Student Name** | TYLER PAMELA | **Student Number:** | 10922031 |
|---|---|---|---|
| **Prison Name** | FCI DUBLIN | | |

| Semester | Course Number | Course Description | Credit Weeks | Completion Pass or Fail |
|---|---|---|---|---|
| SPRING 2019 | CC 104 | CHANGE COMPANY GETTING IT RIGHT SERIES PERSONAL GROWTH | 9 | PASS |
| SUMMER 2019 | SGRPT | CHANGE COMPANY: GETTING IT RIGHT/RESPONSIBLE THINKING | 8 | PASS |
| FALL 2019 | CC 102 | CHANGE COMPANY: GETTING IT RIGHT/CHANGE PLAN | 8 | PASS |
| WINTER 2019 | CC 101 | CHANGE COMPANY: GETTING IT RIGHT/MANAGING MY LIFE | 9 | PASS |
| SPRING 2020 | LHCALT | LIFES HEALING CHOICES | 9 | PASS |
| Total | | | 43 | |