EXHIBIT J

# EXHIBIT J

### Declaration of Eshawn Tyler

I, Eshawn Tyler, declare as follows:

1. My name is Eshawn Tyler, and I am the second youngest of my mother's six children. I am 35 years old, married, and the father of four lovely kids, ages 13, 11, 7, and 1 year. "Trees of Life, it's owned by me and two of my brothers. My wife is also a full-time employee at General Motors.

2. My mother will be released in a suburb of Kansas City, where I live. My house has four bedrooms and two full bathrooms. My mother will live in a basement bedroom, where she will have her own living area, bedroom, and bathroom. My sister Iesha Tyler and I will be able to provide her with transportation as needed. Kansas City Kidney Specialist, which is 11 miles from my house, will be the nearest hospital where she will be treated. Grocery stores, pharmacies, and convenience stores are also close by for my mother to visit, whether she has transportation or not.

3. My mother will be discharged into a secure setting that will aid her rehabilitation and ensure her physical and mental well-being. In addition to the advantages and health-care coverage she received shortly after her release, my mother has a group of six mature adults who will help her with her financial needs as well as any other aid she may require improving her overall health.

4. My twin sister, Iesha Tyler, the youngest of my mother's six children, and I will look after our mother together, assisting her with probation check-ins, doctor appointments, job interviews, and work once she gets employed. Iesha graduated from the University of Kansas with a bachelor's degree in communication and is currently pursuing her MBA at the University of Missouri Kansas City. Iesha works at the University of Missouri Kansas City School of Medicine as the Coordinator of Youth Programs and Diversity Recruitment. She is also the Founder/CEO of I AM 4:Thirteens INC., a teen girl mentoring organization.

5. All my mother's children are full time employees, and they will be able to assist her in meeting her financial needs as she recovers also, we all live within a 10-mile radius of one another to assist my mother as an alternate option.

6. We'll make sure my mother is covered by health insurance. She is eligible for Medicare, and we will help her fill out the paperwork and give temporary coverage while her application is processed.

7. My mother will also be able to help with daycare for our children, saving us money that we can put towards my mother's health.

8. I called three different women's organizations, and all of them agreed to help my mother obtain

marketable skills. She will receive computer skills training, interviewing skills training, and counseling assistance.

9. When my mother is released, she will be in a safe environment that will support her rehabilitation process and ensure her physical and emotional well-being. She will have a large team of supporters who help her reintegrate into society.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5th_ day in May, 2022 in _____.

Eshawn Tyler -