# In the United States District Court
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**PAMELA TYLER,**<br><br>　　　　　　Defendant. | Case No. 04-CR-20044-2 |

### ENTRY OF APPEARANCE

Assistant United States Attorney Kim Flannigan hereby enters her appearance as attorney of record for the plaintiff herein.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　DUSTON J. SLINKARD
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Kansas


　　　　　　　　　　　　　　　　　　s/ *Kim I. Flannigan*
　　　　　　　　　　　　　　　　　　KIM I. FLANNIGAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　500 State Ave., Suite 360
　　　　　　　　　　　　　　　　　　Kansas City, KS 66101
　　　　　　　　　　　　　　　　　　Tele: 913-551-6730
　　　　　　　　　　　　　　　　　　Fax: 913-551-6541
　　　　　　　　　　　　　　　　　　Kim.Flannigan@usdoj.gov
　　　　　　　　　　　　　　　　　　Ks S.Ct.No. 13407

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

*s/Kim I. Flannigan*
KIM I. FLANNIGAN, #13407
Assistant United States Attorney