# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|           **Plaintiff,**    ) | |
|                              ) | CRIMINAL ACTION |
| v.                           ) | |
|                              ) | No. 04-20044-02-KHV |
| **PAMELA TYLER,**            ) | |
|                              ) | |
|           **Defendant.**   ) | |
| _____) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's pro se Motion To Terminate Supervised Release With Memorandum Of Law (Doc. #659) filed February 13, 2025, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the positions of the U.S. Attorney and the U.S. Probation Office. For substantially the reasons stated in defendant's unopposed motion and the Government's Response To Motion To Terminate Supervised Release (Doc. #663) filed February 28, 2025, the Court commends Ms. Tyler on her successful re-integration into our community and finds that her term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's pro se Motion To Terminate Supervised Release With Memorandum Of Law (Doc. #659) filed February 13, 2025 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

Dated this 4th day of March, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge